LAW LIBRARY

NO. 28877

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
LAWRENCE CORDER, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NOS. 07-1-1080; 06-1-2012; and 07-1-1048)

ORDER OF AMENDMENT
(By:  Foley, Presiding Judge, Fujise and Leonard, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on March 25, 2010, is amended.  At the beginning of page 2 of the Summary Disposition Order, insert the following line:

"the Hawaiʻi Supreme Court issued an Opinion concluding that this"

The Clerk of the Court is directed to incorporate the foregoing change in the original Summary Disposition Order and to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, March 30, 2010.

Presiding Judge

Associate Judge

Associate Judge